PHILLIP A. TALBERT
United States Attorney
HEIKO P. COPPOLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:07-CR-00120 WBS |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| IVAN DJRACIC, AARON ANDERSON and, JAMIE NENASHEFF, | DATE: July 10, 2017 TIME: 9:00 a.m. COURT: Hon. William B. Shubb |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on June 5, 2017.

2. By this stipulation, defendants now move to continue the status conference until July 10, 2017 at 9:00 a.m., and to exclude time between June 5, 2017, and July 10, 2017 at 9:00 a.m., under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government has represented that the discovery associated with this case includes over 600 pages of law enforcement reports, investigative notes, and photographs, as well as, audio and video recordings. The government has also advised all defense counsel that there are additional discovery materials available for their review at the U.S. Attorney's Office All of this discovery has been either produced directly to counsel and/or made available for

inspection and copying.

  b) Counsel for defendants desire additional time to review the discovery already provided and that available at the U.S. Attorney's Office, to conduct further investigation and to consult with their respective clients

  c) Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of June 5, 2017 to July 10, 2017 at 9:00 a.m., inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: June 1, 2017        PHILLIP A. TALBERT
                United States Attorney

                /s/ HEIKO P. COPPOLA
                HEIKO P. COPPOLA
                Assistant United States Attorney

Dated: June 1, 2017        /s/ KELLY BABINEAU
                           KELLY BABINEAU
                           Counsel for Defendant
                           IVAN DJURACIC

Dated: June 1, 2017        /s/ MICHAEL CHASTAINE
                           MICHAEL CHASTAINE
                           Counsel for Defendant
                           AARON ANDERSON

Dated: June 1, 2017        /s/ TASHA CHALFANT
                           TASHA CHALFANT
                           Counsel for Defendant
                           JAMIE NENASHEFF

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED.

Dated: June 1, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE