KELLY BABINEAU  (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for IVAN DJRACIC

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 2:07-CR-00120WBS |
| Plaintiff, | ) |
| | ) STIPULATION CONTINUING STATUS |
| | ) CONFERENCE AND EXCLUDABLE TIME; |
| v. | ) PERIODS UNDER SPEEDY TRIAL ACT; |
| | ) [PROPOSED] FINDINGS AND ORDER |
| IVAN DJRACIC, | ) |
| AARON ANDERSON, AND | ) Date: August 14, 2017 |
| JAMIE NENASHEFF. | ) Time: 9:00 a.m. |
| | ) Court: Hon. William B. Shubb |
| Defendants. | ) |
| _____ | ) |

STIPULATION

1. By previous order, this matter was set for status on July 10, 2017.

2. By this stipulation, defendants now move to continue the status conference until August 14, 2017 at 9:00 a.m., and to exclude time between July 10, 2017 and August 14, 2017, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a. The government has represented that the discovery associated with this case includes over 600 pages of law enforcement reports, investigative

-1-

notes, and photographs, as well as, audio and video recordings. The government has also advised all defense counsel that there are additional discovery materials available for their review at the U.S. Attorney's Office. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b. Counsel for defendants desire additional time to review the discovery already provided and review those materials housed at the US attorney's office. In addition, counsel for defendants desire additional time to review the discovery with their clients, consult with their clients, conduct investigation, negotiate with the government about possible resolution and discuss developments with their clients.

c. The government does not object to the continuance.

d. Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e. Based upon the above-stated facts, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of July 10, 2017, to August 14, 2017, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv), Local Code T4, because it results from a

continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provision of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: July 6, 2017        Respectfully submitted,

/s/ Heiko P. Coppola
HEIKO P. COPPOLA
Assistant U.S. Attorney

Dated: July 6, 2017        /s/ Kelly Babineau
KELLY BABINEAU
Attorney for Ivan Djracic

Dated: July 6, 2017        /s/ Michael Chastaine
MICHAEL CHASTAINE
Attorney for Aaron Anderson

Dated: February 28, 2017   /s/ Tasha Chalfant
TASHA CHALFANT
Attorney for Jamie Nenasheff

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED.

Dated: July 6, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE